UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------------------X
MARIO LEMUS, individually and on behalf of all others similarly situated,

                                  Plaintiff,

-against-

LOCAL GREEK LLC D/B/A SMALL BITES FOR
LOCAL GREEK, BABYC21 LLC D/B/A GREEK
BITES HOPEWELL A/D/B/A LOCAL BBQ HOPEWELL,
LOCAL GREEK LAMBERTVILLE LLC, LOCAL GT3
LLC D/B/A LOCAL GREEK SEAFOOD, LOCAL Q LLC
D/B/A LOCAL GREEK OF PRINCETON, LOCAL GTK
LLC D/B/A GREEK BITES A/D/B/A SMALL BITES,
ANTHONY KANTERAKIS, and GUILLERMO RAMOS,

                                  Defendants.
-------------------------------------------------------------------------X

Civil Action No.
3:23-cv-22163

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the Declaration of Adam Sackowitz, the Declaration of Mario Lemus, the exhibits attached thereto, and the Memorandum of Law in Support, Plaintiff will move before the Hon. Robert Kirsch, United States District Judge, in the United States Courthouse located at 402 East State Street, Trenton, New Jersey 08608, on Monday May 16, 2025, or on a date and time to be set by the Court, for an Order pursuant to F.R.C.P. 55:

(1) granting Plaintiff a default judgment against Defendants on all claims asserted by Plaintiff against Defendants in this matter;

(2) awarding Plaintiff all relief requested and available, including all damages, liquidated damages, interest, costs, and disbursements; and

(3) for such other and further relief as the Court deems just and proper.

1

Pursuant to F.R.C.P. 6 and Local Civil Rule 7.1, any response and opposition to this motion is due to be served on or before May 1, 2025, and Plaintiff's reply, if necessary, is due to be served on or before May 15, 2025.

Dated: New York, New York
March 31, 2025

Respectfully submitted,

*/s/ Adam Sackowitz*
Adam Sackowitz
Katz Melinger PLLC
370 Lexington Avenue, Suite 1512
New York, New York 10016
T: (212) 460-0047
F: (212) 428-6811
ajsackowitz@katzmelinger.com
*Attorneys for Plaintiff*