UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MARIO LEMUS,

    Plaintiff,

    v.

LOCAL GREEK, LLC, *et al.*,

    Defendants.

No. 23-22163 (RK) (RLS)

**ORDER AND JUDGMENT**

**KIRSCH, District Judge**

**THIS MATTER** comes before the Court upon Plaintiff Mario Lemus's ("Plaintiff") unopposed Motion for Default Judgment (ECF No. 27) against Defendants Local Greek LLC, d/b/a Small Bites for Local Greek; BabyC21 LLC, d/b/a Greek Bites Hopewell, d/b/a Local BBQ Hopewell; Local Greek Lambertville LLC; Local GT3 LLC, d/b/a Local Greek Seafood; Local Q LLC, d/b/a Local Greek of Princeton; Local GTK LLC, d/b/a Greek Bites, d/b/a Small Bites, (together the "Restaurant Defendants"); Anthony Kanterakis ("Kanterakis"); and Guillermo Ramos ("Ramos"). For the reasons set forth in the accompanying Opinion and for other good cause shown,

**IT IS** on this 13th day of June, 2025, **ORDERED** that:

1. Plaintiff's Motion for Default Judgment (ECF No. 27) is **GRANTED** as to the Restaurant Defendants and Kanterakis only, and **DENIED** as to Ramos only; and

2. Judgment is hereby **ENTERED** in favor of Plaintiffs and against the Restaurant Defendants and Kanterakis, jointly and severally, in the amount of $80,690.50; and

2

3. The Clerk of Court is directed to mail a copy of this Order and the attached Opinion to the address of record for each Defendant.

**ROBERT KIRSCH**
**UNITED STATES DISTRICT JUDGE**